No. 03–5577. LOPEZ-MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5578. JAQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5579. BUTTI v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 03–5580. RUIZ-ECHEVERRIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5581. SANCHEZ-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5582. RODARTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5583. ROBINSON v. RANEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5584. AGUILAR-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5586. TAYLOR v. HILL, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 03–5588. DESALVO v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–5589. COOK v. ARKANSAS STATE POLICE ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–5590. DOANE v. GRIGAS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5591. CRADDOCK v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5592. COLEMAN v. ROLLINS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5593. DAVIS v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.